11/6/15

Dear Pam Estes, I recieved a letter today informing me that Mr. John Reeves filed a motion to withdraw as my legal counsel. I am requesting that you please appoint me with another appeal attorney because I am indigent and I am not pro se and cannot properly defend myself. I would appreciate if you could help me in this situation.

Sincerely,

Samuel Lancaster IV

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 12 2015

TYLER TEXAS
PAM ESTES, CLERK